1  Etan E. Rosen, Esq.  (SBN 173728)
   BEYER, PONGRATZ & ROSEN
2  *A Professional Law Corporation*
   3230 Ramos Circle
3  Sacramento, CA 95827
   (916) 369-9750-telephone
4  (916) 369-9760-facsimile

5  Attorney for Plaintiff
   JOYCE AVENELL
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  JOYCE AVENELL                       )    Case No:   2:07-cv-1715 LEW DAD
                                        )
11            Plaintiff,                )    **STIPULATION AND ORDER FOR**
                                        )    **DISMISSAL OF CASE WITH**
12  v.                                  )    **PREJUDICE**
                                        )
13  BANK OF AMERICA CORPORATION,        )
    KAREN SHORT, an individual, and DOES 1 )
14  through 50, inclusive.              )
                                        )
15            Defendants.               )
                                        )
16                                      )
                                        )
17  _____ )

18          It is hereby STIPULATED, by and between the parties to this action and their designated

19  counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-titled action be

20  discontinued and dismissed with prejudice as to all parties, with each party bearing her or its own

21  fees and costs.

22

23

24  DATED: April 17, 2008                    BEYER, PONGRATZ AND ROSEN

25

26                                    By: /s/ Etan E. Rosen, Esq.
                                          Attorney for Plaintiff JOYCE AVENELL
27

28
                                       1
        **STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF CASE**

1    DATED: April 17, 2008                    ORRICK HERRINGTON & SUTCLIFFE

2

3                                             By: /s/Kristen Jacoby, Esq.
                                                  Attorney for Defendant, BANK OF AMERICA
4

5

6        The matter of *Joyce Avenell v. Bank of America, et al,* United States District Court, Eastern

7    District of California, Case No. 2:07-cv-1715 LEW DAD, is hereby dismissed with prejudice in its

8    entirety as to all parties.

9

10   **IT IS SO ORDERED.**

11

12

13   Dated: April 17, 2008

14                                            /s/ Ronald S. W. Lew
                                              The Honorable RONALD S. W. LEW
15                                            U.S. District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF CASE**